## IN RE JAIME S.

The petition by the respondent father for certification for appeal from the Appellate Court, 120 Conn. App. 712 (AC 30956), is granted, limited to the following issue:

"In a termination of parental rights proceeding, are the constitutional due process rights of the incarcerated respondent violated if said respondent is not provided with a trial transcript and an opportunity to recall witnesses prior to the conclusion of testimony?"

The Supreme Court docket number is SC 18629.

*David J. Reich*, in support of the petition.

*Howard I Gemeiner*, in opposition.

Decided June 15, 2010

## ETHAN BOOK, JR. *v.* MONICA L. SULLENDER

The plaintiff's petition for certification for appeal from the Appellate Court (AC 31746) is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Ethan Book, Jr.*, pro se, in support of the petition.

Decided June 15, 2010